■ RANDY KNITWEAR, INC., Respondent, v. AMERICAN CYANAMID COMPANY, Appellant, et al., Defendants.— Order,. entered on October 25, 1960, denying defendant-appellant's motion for summary judgment, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Eager, JJ. [26 Misc 2d 476.]

■ DAN H. ELKIND, Appellant, v. GUARDIAN LIFE INSURANCE COMPANY, Respondent.— Order and judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Rabin, McNally and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS GRANT, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Eager, JJ.

■ WILLIAM J. BANNON, Appellant, v. PATRICK M. CROWLEY, Respondent. — Order, entered on June 1, 1960, denying plaintiff's motion for summary judgment, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Stevens, Eager and Steuer, JJ.

■ ASIATIC PETROLEUM CORPORATION, Respondent, v. OVERSEAS INVESTORS, INC., Appellant.— Order and judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN BARKSDALE, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Valente, Stevens and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY GARNER, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Valente, Stevens and Steuer, JJ.

■ In the Matter of the Estate of LILLIAN SANDOW, Also Known as LILLIAN ZUCKERMAN, Deceased. IRVING ZUCKERMAN et al., Appellants; ETHEL ROTHMAN, as Executrix, Respondent.— Order, entered on July 25, 1959, denying petitioners' application to open, vacate and set aside a decree of the Surrogate's Court, New York County, dated May 28, 1959, admitting to probate an instrument dated July 16, 1957, as the last will of the decedent, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, Stevens and Steuer, JJ.

■ JOHN J. DE LURY, as President of UNIFORMED SANITATIONMEN'S ASSOCIATION, LOCAL 831, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA, et al., Respondents, v. JERRY WURF et al., Appellants.— Order, entered on August 24, 1960, denying defendants' motion to dismiss the complaint, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, Valente, Stevens and Steuer, JJ.

■ In the Matter of CARMELO B. EMANUEL et al., Appellants, v. STEPHEN P. KENNEDY, as Commissioner of the Police Department of the City of New York, Respondent.— Order, entered on June 14, 1960, denying petitioners' application for an order directing the Police Commissioner of the City of New York and the Division of Licenses of the Police Department of the City of New York to issue a public hack license to petitioner, Carmelo B. Emanuel, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, Stevens and Steuer, JJ.